```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDAN HIERRO CONTRERAS,

          Plaintiff,

          v.

SECURITY CREDIT SERVICES, LLC,

          Defendant.

No. 24-CV-6100(RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      An initial conference in this case has been scheduled for October 17, 2024 at 10:00 a.m. Pursuant to the Court's initial order, the parties were to submit a joint letter one week in advance of the conference. *See* Doc. No. 5. The Court has not yet received these materials and the parties shall promptly file them by October 16, 2024. If Defendant has not been properly served, then Plaintiff shall notify the Court by October 16, 2024.

SO ORDERED.

Dated:    October 16, 2024
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge